IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**KATIE YOUNG**                                                                      **PLAINTIFF**

**V.**                                                **NO. 4:25-CV-180-DMB-DAS**

**MISSISSIPPI VALLEY
STATE UNIVERSITY**                                                     **DEFENDANT**

## FINAL JUDGMENT

In accordance with the order issued this date, Katie Young's complaint is dismissed without prejudice.

**SO ORDERED**, this 2nd day of December, 2025.

                                                           /s/Debra M. Brown
                                                           **UNITED STATES DISTRICT JUDGE**